MARKET PLUMBING AND HEATING SUPPLY COMPANY, INCORPORATED, RESPONDENT, v. JOSEPH F. SPANGENBERGER, APPELLANT.

Argued October 16, 1934—Decided January 10, 1935.

For the respondent, *Harry Levin.*

For the appellant, *Precker & Precker.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.